The Honorable Judge S. Kate Vaughan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY SCOTT, ROBIN WARBEY, JACOB DAVIS, MARCOS RAMOS, and DANIEL SMITH individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-01906-SKV<br><br>**NOTICE OF RELATED CASES AND FILED STIPULATION TO CONSOLIDATE RELATED CASES**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 13, 2023** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 3(g), the above named Defendant Costco Wholesale Corporation ("Costco") respectfully notifies this Court that the above captioned case is related to the following cases:

- *Castillo, et al., v. Costco Wholesale Corporation*, Case No. 2:23-cv-01548-JHC assigned to the Honorable Judge John H. Chun;

- *R.S. v. Costco Wholesale Corporation*, Case No. 2:23-cv-01628-JHC assigned to the Honorable Judge John H. Chun;

PAGE 1 – NOTICE OF RELATED CASES AND FILED STIPULATION TO CONSOLIDATE RELATED CASES: CASE NO. 2:23-CV-01906-SKV

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

- *Groves, et al. v. Costco Wholesale Corporation*, Case No. 2:23-cv-01662-JHC assigned to the Honorable Judge John H. Chun.

*Scott, et al.* names the same defendant and involves similar claims as the *Castillo*, *R.S.*, and *Groves* cases.

Additionally, on November 27, 2023, pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Civil Rule 42(b), Costco, by and through its counsel of record, filed a Stipulation to Consolidate ("Stipulation") in the related first-filed federal action, *Castillo, et. al., v. Costco Wholesale Corporation,* Case No. 2:23-cv-01548-JHC. Per Local Rule 42(b), the Stipulation was also filed in the other related cases, *R.S. v. Costco Wholesale Corporation*, Case No. 2:23-cv-01628-JHC, and *Groves, et al. v. Costco Wholesale Corporation*, Case No. 2:23-cv-01662-JHC.

On November 29, 2023, the Court granted the Stipulation and consolidated the *Castillo*, *R.S.*, and *Groves* cases under the first-filed federal action *Castillo*. *See Castillo et al.*, Case No. 2:23-cv-01548-JHC [ECF 8]. A true and accurate copy of the as-filed Stipulation and granted Order is provided herein as **Exhibit 1** to this Notice.

DATE: December 13, 2023

*s/ Kristin M. Asai*
HOLLAND & KNIGHT LLP
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Ashley Shively (*pro hac vice forthcoming*)
ashley.shively@hklaw.com
Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900

*Attorneys for Defendant*